IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MINNESOTA LIFE INSURANCE CO.                                PLAINTIFF

v.                          No. 1:13-cv-112-DPM

ANNA SAUSEDA; MARIA RODRIGUEZ;
and JACKSON FUNERAL HOMES, INC.                         DEFENDANTS

ORDER

Minnesota Life deposited a total of $37,853.13 with the Clerk. The policy proceeds had earned some interest. See attached letters.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2014

**M|R  MUNSON**
**M R  ROWLETT**
**M|B  MOORE**
**M B  BOONE**

400 WEST CAPITOL, SUITE 1900
LITTLE ROCK, ARKANSAS 72201
VOICE (501) 374-6535
FAX (501) 374-5906
www.mrmblaw.com

RICHARD SHANE STRABALA
shane.strabala@mrmblaw.com
DIRECT (501) 370-4642

July 10, 2014

**VIA HAND DELIVERY**

Honorable D. Price Marshall, Jr.
United States District Judge
Richard Sheppard Arnold US Courthouse
600 West Capitol Avenue, Room B155
Little Rock, AR  72201-3325

      Re:    *Minnesota Life Insurance Company v. Anna Sauseda, Maria Rodriguez, and Jackson Funeral Homes, Inc.*
            United States District Court, Eastern District of Arkansas, Northern Division
            Case No. 1:13cv112 DPM
            Our File:  26480

Dear Judge Marshall:

      I am writing to advise the Court that we have received and are forwarding to the Clerk's office two checks for payment pursuant to the Court's recent Order in connection with the above-captioned interpleader.  So that the Court is aware, the final checks that were issued were in the amount of $30,282.50 and $7,570.63.  According to my math, the total on the two checks is $37,853.13.  I realize that the Court's original Order directed us to make payment in the amount of $37,500.  However, under the terms of the policy, some interest was owed in addition to the principal balance on the life insurance policy due to the period of time that elapsed between the claim being made and the ultimate Order of the Court directing payment to the Clerk's office.

      I realize that, as a matter of housekeeping, the Court may want to enter a supplemental order reflecting the exact amount of payment since it was in excess of that calculated in the Court's original Order.  It is only for this reason that I was writing Your Honor to let you know that the checks had been received and forwarded to the Clerk's office.  I apologize for taking up the Court's time with this issue but simply wanted to make sure that the Clerk did not end up with a surplus at the conclusion of this case.

      As always, the Court's many courtesies are truly appreciated.  By copy of this correspondence, I am advising counsel for all parties of my communication with the Court.

---

Best regards,

*[signature]*

Shane Strabala

RSS/rab

Enclosure:

cc w/encl:

    Omar F. Greene
    Attorney at Law
    813 West Third Street, Suite 200
    Little Rock, Arkansas 72201

    James A. McLarty
    Attorney at Law
    114 Main St.
    Newport, AR 72112-3232

    Randy Coleman
    Mika Shadid Tucker
    Jack Nelson Jones & Bryant, P.A.
    2800 Cantrell Road, Suite 500
    Little Rock, AR 72202



MR | MUNSON
MR | ROWLETT
MB | MOORE
MB | BOONE

400 WEST CAPITOL, SUITE 1900
LITTLE ROCK, ARKANSAS 72201
VOICE (501) 374-6535
FAX (501) 374-5906
www.mrmblaw.com

RICHARD SHANE STRABALA
shane.strabala@mrmblaw.com
DIRECT (501) 370-4642

July 10, 2014

**VIA HAND DELIVERY**

James W. McCormack, Clerk
United States District Court
Richard Sheppard Arnold US Courthouse
500 West Capitol Avenue, Room D258
Little Rock, AR 72201-3325

      Re:    *Minnesota Life Insurance Company v. Anna Sauseda, Maria Rodriguez, and Jackson Funeral Homes, Inc.*
            United States District Court, Eastern District of Arkansas, Northern Division
            Case No. 1:13cv112 DPM
            Our File: 26480

Dear Mr. McCormack:

      Please find enclosed a recent Order entered by Judge Marshall in the above captioned case. Pursuant to the terms of the Order, I enclose two checks from my client Minnesota Life Insurance Company made payable to your office. While it was originally anticipated that the checks would total $37,500.00, there are actually some additional funds owed due to accumulated interest on the proceeds of two life insurance policies at issue in this case. I have written Judge Marshall to advise of the additional amount being paid into the registry of the Court and am enclosing a copy of my letter to the Judge with this correspondence. I anticipate that, within the near future, the Judge will most likely enter an amended order dealing with the extra amount.

      We want to thank you and the Court for all your time and consideration. Should you have any questions whatsoever, please do not hesitate to contact me. Thanks.

                            Best regards,

                            Shane Strabala

RSS/rab

Enclosures

James W. McCormack, Clerk
July 10, 2014
Page 2

---

cc w/encl:
    Omar F. Greene
    Attorney at Law
    813 West Third Street, Suite 200
    Little Rock, Arkansas 72201

    James A. McLarty
    Attorney at Law
    114 Main St.
    Newport, AR 72112-3232

    Randy Coleman
    Mika Shadid Tucker
    Jack Nelson Jones & Bryant, P.A.
    2800 Cantrell Road, Suite 500
    Little Rock, AR 72202

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MINNESOTA LIFE INSURANCE CO.**          **PLAINTIFF**

v.        **No. 1:13-cv-112-DPM**

**ANNA SAUSEDA; MARIA RODRIGUEZ;**
**and JACKSON FUNERAL HOMES, INC.**         **DEFENDANTS**

## ORDER

The Court confirms its jurisdiction, 28 U.S.C. § 1335, notes the parties' agreed Order, and approves the proposal. The Court will enter it today. Minnesota Life should deposit $37,500.00 with the Clerk now. The Court directs the Clerk to disburse $6,948.86 of the stake to Jackson Funeral Homes, Inc., c/o Mr. McLarty. After the funeral home files a receipt, the Court will dismiss it and Minnesota Life with prejudice. The Court will also realign the parties — Sauseda will be plaintiff, and Rodriguez will be defendant — so they can litigate their dispute over the remaining proceeds. If Sauseda and Rodriguez want an early referral to a magistrate judge for a settlement conference, they should request one. The Court regrets its tardiness in handling these issues.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2014

**MINNESOTA LIFE**
A Securian Company

Minnesota Life Insurance Company
P.O. Box 64114
St. Paul, MN 55164-0114

| Policyholder | | | Policy / Unit Number | |
|---|---|---|---|---|
| A&M System | | | 0033769/001 | |
| **Claim Number** | **Insured** | | | |
| 1013943 | Petra Samaripas | | | |
| **Date of Payment** | **Insurance Amount** | **Interest Rate** | **Interest Amount** | **Check Amount** |
| 07/07/2014 | 7500.00 | 1.000 | 70.63 | 7570.63 |

**Payee**
US DISTRICT COURT EASTERN DISTRICT OF AR

| Loan / Account Number | Benefit Date | FC |
|---|---|---|
| | | |

* Please note that this payment includes interest at the rate of 1.000% per annum from the date immediately following the date of death through the date of settlement.
* If you have any questions regarding this A&M Systems life insurance payment, please contact our Austin branch office at 1-877-443-5854.
* This payment represents basic insurance.

Check No. **19687484**          FOR CLAIM INFORMATION CALL TOLL FREE: 1 888 658-0193          Warrant No. **GN9777**

To Cash — Detach Check Here          www.minnesotalife.com/benefits          To Cash — Detach Check Here
Please keep this stub for your records

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**MINNESOTA LIFE**
A Securian Company

Minnesota Life Insurance Company
400 Robert Street North
St. Paul, MN 55101-2098

**usbank**
East Grand Forks, Minnesota 56721
24-Hour Banking: 1-800-673-3555

Claim No. 1013943
Policy No. 0033769
Warrant No. GN9777

75-1692/912
000002

F 44508 5-92

Date of Check 07/07/2014          Check No. **19687484**

SEVEN THOUSAND FIVE HUNDRED SEVENTY DOLLARS AND SIXTY-THREE CENTS

**PAY TO THE ORDER OF:**   **US DISTRICT COURT EASTERN DISTRICT OF AR**

AMOUNT   **$**7,570.63**

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 90 DAYS

MAIL TO:
US DISTRICT COURT EASTERN DISTRICT OF AR
500 WEST CAPITOL AVENUE
LITTLE ROCK AR 72201

*[signatures]*

⑆19687484⑆ ⑈091215927⑈ 15211700027 2⑆

# MINNESOTA LIFE
### A Securian Company

Minnesota Life Insurance Company
St. Paul, MN 55164-0114

| Policyholder | Policy / Unit Number |
|---|---|
| A&M System | 0033777/001 |

| Claim Number | Insured | | | |
|---|---|---|---|---|
| 1013943 | Petra Samaripas | | | |
| Date of Payment | Insurance Amount | Interest Rate | Interest Amount | Check Amount |
| 07/07/2014 | 30000.00 | 1.000 | 282.50 | 30282.50 |

**Payee**

US DISTRICT COURT EASTERN DISTRICT OF AR

| Loan / Account Number | Benefit Date | FC |
|---|---|---|
|  |  |  |

* Please note that this payment includes interest at the rate of 1.000% per annum from the date immediately following the date of death through the date of settlement.
* If you have any questions regarding this A&M Systems life insurance payment, please contact our Austin branch office at 1-877-443-5854.
* This payment represents optional insurance.

---

Check No. **19687485**    FOR CLAIM INFORMATION CALL TOLL FREE: 1 888 658-0193    Warrant No. **GN9776**

To Cash
Detach Check Here

www.minnesotalife.com/benefits
Please keep this stub for your records

To Cash
Detach Check Here

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**MINNESOTA LIFE**
A Securian Company
F-44508 5-92

Minnesota Life Insurance Company
400 Robert Street North
St. Paul, MN 55101-2098

**usbank**
East Grand Forks, Minnesota 56721
24-Hour Banking 1-800-673-3555

Claim No. 1013943    75-1592
Policy No. 0033777    912
Warrant No. GN9776    000003

Date of Check 07/07/2014    Check No. **19687485**

THIRTY THOUSAND TWO HUNDRED EIGHTY-TWO DOLLARS AND FIFTY CENTS

**PAY TO THE ORDER OF:    US DISTRICT COURT EASTERN DISTRICT OF AR**

MAIL TO:
US DISTRICT COURT EASTERN DISTRICT OF AR
500 WEST CAPITOL AVENUE
LITTLE ROCK AR 72201

AMOUNT    $**30,282.50

VOID IF NOT PRESENTED FOR PAYMENT WITHIN 90 DAYS

⑈ 19687485⑈  ⑆091215927⑆  15211700027 2⑈