IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MINNESOTA LIFE INSURANCE CO.                                PLAINTIFF

v.                            No. 1:13-cv-112-DPM

ANNA SAUSEDA; MARIA RODRIGUEZ;
and JACKSON FUNERAL HOMES, INC.                          DEFENDANTS

## ORDER

The Court has received the attached receipt from Jackson Funeral Homes, Inc. All claims against Jackson Funeral Homes and Minnesota Life Insurance Company are dismissed with prejudice. The Court directs the Clerk to realign the parties so that Sauseda is the plaintiff and Rodriguez is the defendant.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014

IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MINNESOTA LIFE INSURANCE
COMPANY                                                          PLAINTIFF

VS.                          NO. 1:13cv112 DPM

ANNA SAUSEDA, MARIA RODRIQUEZ
AND JACKSON FUNERAL HOMES, INC.                                  DEFENDANTS

## RECEIPT

Received from the United States District Court in Little Rock, Arkansas, the sum of $6,948.86 in check number 00314292 dated July 14, 2014.

Jackson Funeral Homes, Inc.

By: _Karen A. Hurst_

Date: _July 23, 2014_