IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANNA SAUSEDA                                              PLAINTIFF

v.                       No. 1:13-cv-112-DPM

MARIA RODRIGUEZ                                          DEFENDANT

JUDGMENT

Case dismissed with prejudice based on the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2014