IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MINNESOTA LIFE INSURANCE CO.; and
ANNA SAUSEDA                                                    PLAINTIFFS

v.                          No. 1:13-cv-112-DPM

MARIA RODRIGUEZ; and
JACKSON FUNERAL HOMES, INC.                       DEFENDANTS

## ORDER

The Court has received John P. Samarripas's letter requesting the release
of the remaining life insurance proceeds held in the Court's registry for him.
№ 31. While the letter is unsworn, the various attachments and the mailing
address for the check show that this request is indeed from the person entitled
to the rest of the money. № 31 at 2–5. This suffices. № 29. The Court directs
the Clerk to issue a check payable to John P. Samarripas for the remaining
proceeds plus any accrued interest. The check should be FedExed to John P.
Samarripas, c/o Maria Rodriguez, 701 S. El Paso Street, Hearne, Texas, 77859-
2488, with a delivery signature required from either Samarripas or Rodriguez.
The Clerk should file confirmation of delivery on the docket.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_16 February 2016_